# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **ELAYNE PERKINS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:18-cv-02116 |
| | § | |
| **DIVERSIFIED CONSULTANTS, INC.,** | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff, Elayne Perkins, and defendant, Diversified Consultants, Inc., hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, with prejudice, and with each side to bear its own costs and attorneys' fees.

Respectfully Submitted,

| | |
|---|---|
| /s/ Marwan R. Daher | /s/ Whitney L. White |
| Alexander J. Taylor | Whitney L. White |
| Marwan R. Daher | TX Bar No. 24075269 |
| Omar T. Sulaiman | Sessions Fishman Nathan & Israel LLC |
| Sulaiman Law Group, Ltd. | 900 Jackson Street, Suite 440 |
| 2500 South Highland Avenue, Suite 200 | Dallas, Texas 75202 |
| Lombard, IL 60148 | Telephone: (214) 741-3001 |
| Telephone: (630) 568-3056 | Facsimile: (214) 741-3055 |
| Facsimile: (630) 575-8188 | Email: wwhite@sessions.legal |
| ataylor@sulaimanlaw.com | |
| mdaher@sulaimanlaw.com | *Attorney for Defendant* |
| osulaiman@sulaimanlaw.com | |

*Attorneys for Plaintiff*