# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ELAYNE PERKINS, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §    Case No. 4:18-cv-02116 |
| | § |
| DIVERSIFIED CONSULTANTS, INC., | § |
| | § |
| Defendant. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, plaintiff, Elayne Perkins, and defendant, Diversified Consultants, Inc., filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above-entitled action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated:_____    _____
                                                                  GRAY H. MILLER
                                                                  UNITED STATES DISTRICT JUDGE